IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON A. HANSON,<br><br>    Defendant. | Case No. 09-cr-40003-JPG-7 |

## MEMORANDUM AND ORDER

This matter comes before the Court on consideration of defendant Jason A. Hanson's second *pro se* motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive (Doc. 586). The Government has responded to the motion (Doc. 587).

Amendment 821 reduced the number of criminal history points assessed against certain defendants for committing crimes while under a criminal justice sentence. The Court denied Hanson's first motion (Doc. 565) finding Amendment 821 did not reduce his criminal history category for two reasons (Doc. 576). First, even with a point total reduction, he remained in Criminal History Category VI. Second, he was a career offender, which dictated that he was in Criminal History Category VI regardless of any point reduction. Amendment 821 simply did not result in a lower criminal history category, so it did not lower the defendant's sentencing range.

Nothing material has changed since the Court's prior order. Accordingly, for the same reasons it denied Hanson's first motion, the Court **DENIES** his second motion (Doc. 586).

**IT IS SO ORDERED.**
**DATED:  March 6, 2025**

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **U.S. DISTRICT JUDGE**